



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022
```

July 11, 2022

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007

Re:   *Sanchez v. Beauty Trend USA Inc.*; Case No. 1:22-cv-2328-VEC

Dear Judge Caproni:

We represent plaintiff Cristian Sanchez ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for July 22, 2022 at 10:00 a.m., as well as the deadline on July 14 to submit the pre-conference joint submissions. Plaintiff requests this adjournment since Defendant has yet to appear or contact counsel for Plaintiff. Plaintiff requests 21 days from July 22nd (the date until which Defendant's answer is stayed) to obtain a Certificate of Default and to file an Order to Show Cause for Default Judgment if Defendant fails to appear. This is Plaintiff's first request for such extension and as Defendant has not appeared, there has been no consent granted.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

---

Application GRANTED. The initial pretrial conference scheduled for July 22, 2022, is hereby adjourned *sine die*. Defendant's deadline to respond to the complaint remains **July 22, 2022**. Plaintiff is directed to serve a copy of this endorsement on Defendant and file proof of service on ECF by no later than **July 18, 2022**.

SO ORDERED.

*[signature]*   Date: 7/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE